# Criminal Case Cover Sheet

U.S. District Court

## Place of Offense:

City: Madison, Wisconsin
County/Parish: Dane County

**Related Case Information:**
Superseding: _____
Same Defendant: __XX__
New Defendant: _____
Magistrate Judge Case Number: 10-MJ-109
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____
Docket Number: _____

10 CR 152

*We've attached a summons*

## Defendant Information:

Matter to be sealed: ☐ Yes  ☐ No
Def. Name: Jeremy Visocky
Alias Name: _____
City/State: Madison, Wisconsin
Year of Birth: 1981
Last 4 digits of SSN: _____
Sex: M
Race: _____

## U.S. Attorney Information:

AUSA: RITA M. RUMBELOW
Bar #: _____
Interpreter: ☐ No  ☒ Yes
List language and/or dialect: _____

## Location Status:

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

*We don't know his current address — he had been living at 1042 Erin Street*

*He also claims he was represented by Atty Michael Schmidt 714 Spruce St*

## U.S.C. Citations

Total # of Counts: _____

☐ Petty    ☐ Misdemeanor    ■ Felony
☐ Class A
☐ Class B
☐ Class C

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(3) | Illegal possession of firearm by drug user | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _____
Signature of AUSA: *Rita Rumbelow*
RITA M. RUMBELOW