IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT |
| v. | ) Case No. 10 CR 152 wmc |
| JEREMY VISOCKY, | ) 18 U.S.C. § 922(g)(3) |
| Defendant. | ) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about July 23, 2010, in the Western District of Wisconsin, the defendant,

JEREMY VISOCKY,

being an unlawful user of marijuana, a Schedule I controlled substance, knowingly and unlawfully possessed in or affecting commerce a Norinco, SKS, 7.62 x 39 mm rifle, bearing serial number 12256275, this firearm having previously traveled in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(3)).

A TRUE BILL

_____
PRESIDING JUROR

_____
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: Oct 6, 2010