UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 10-CR-152

JEREMY VISOCKY,

    Defendant.

_____

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Jeremy Visocky, the defendant in the above-captioned matter, is represented by:

        Michael W. Lieberman
        Federal Defender Services of Wisconsin, Inc.
        222 West Washington Avenue, Suite 300
        Madison, Wisconsin 53703
        Telephone:  [608] 260-9900
        Facsimile:   [608] 260-9901

Dated at Madison, Wisconsin, this 12th day of October, 2010.

                Respectfully submitted,

                Jeremy Visocky, Defendant

                */s/ Michael W. Lieberman*
                Michael W. Lieberman

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
222 West Washington Avenue, Suite 300
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
michael_lieberman@fd.org

    I certify that I have served the above document on the office of the United States Attorney by CM/ECF.

                */s/ Michael W. Lieberman*
                Michael W. Lieberman