**U.S. Department of Justice**



**John W. Vaudreuil**
**United States Attorney**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

October 21, 2010

Michael Lieberman
Federal Defender Services
222 W. Washington Avenue, Suite 300
Madison, WI 53703

    Re:    *United States v. Jeremy Visocky*
             Case No.10-cr-152-wmc

Dear Attorney Lieberman:

       Discovery pages 1 - 39 in the above-captioned case are enclosed. In addition, discovery item 40 is a copy of a DVD. If any items are missing or if you have any questions, please call me at (608) 264-5158.

                                 Very truly yours,

                                   JOHN W. VAUDREUIL
                                 United States Attorney

                    By:      /s/
                                 RITA M. RUMBELOW
                                 Assistant U.S. Attorney

RMR/sam

Enclosures

cc:    Magistrate Judge Stephen L. Crocker
       (without enclosures)