

**U.S. Department of Justice**

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

---

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

November 9, 2010

Michael Lieberman
Federal Defender Services
222 W. Washington Avenue, Suite 300
Madison, WI 53703

  Re: *United States v. Jeremy Visocky*
    Case No.10-cr-152-wmc

Dear Attorney Lieberman:

  Discovery pages 41 - 80 in the above-captioned case are enclosed.  If any items are missing or if you have any questions, please call me at (608) 264-5158.

        Very truly yours,

        JOHN W. VAUDREUIL
        United States Attorney

    By:  /s/
        RITA M. RUMBELOW
        Assistant U.S. Attorney

RMR/sam

Enclosures

cc: Magistrate Judge Stephen L. Crocker
   (without enclosures)