PS 42
(Rev. 07/93)

# UNITED STATES DISTRICT COURT
## DISTRICT OF WESTERN WISCONSIN

United States of America )
)
vs )      Case No. 3:10-CR-152-WMC-01
)
Jeremy J. Visocky )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jeremy J. Visocky, have discussed with Clark J. Rodgers, Sr. U. S. Probation and Pretrial Services Officer, modifications of my release conditions as follows:

Condition 20: Defendant shall under go an Alcohol and Other Drug assessment at the direction of the Pretrial Services Office, and comply with any instruction or direction given by the Pretrial Services Office as a result of the assessment.

This modification is requested in response to a positive urine screen on November 4, 2010.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   11-15-10            _____   11-15-10
Jeremy J. Visocky              Date             Clark J. Rodgers              Date
Signature of Defendant                          Pretrial Services/Probation Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                            11/16/10
Signature of Defense Counsel                                        Date

X  The above modification of conditions of release is ordered, to be effective on  11-17-10 & THEREAFTER.

__ The above modification of conditions of release is *not* ordered.

_____                                            11-17-10.
Signature of Judicial Officer                                       Date