## MADISON POLICE DEPARTMENT

| | | | |
|---|---|---|---|
| Date of Report: | 8/6/2010 | Case No: | 2010-207736 Field Supplement |
| | | Ref. No: | |
| Occurred Incident: | 7 - Weapons Offense | Sec/Area: | 304 SOUTH |
| Dispatched as: | 10 - Residential Burglary | Grid: | GREENBUSH |

Case Offense: **WEAPONS**
Addr of Occurrence: 1042 Erin St
Call Date/Time: 07/23/2010 23:04                    From Date/Time:
Dispatch Date/Time: 07/23/2010 23:05             Thru Date/Time:
Reporting Officer: PO JOHN M BOESPFLUG 3996
Special Routing: CIS, TASK FORCE

---

**CONTACT    JASON J AMUNDSON**
M/W  DOB: 07/10/80 (30 yrs) Height: 6'00" Weight: 180
HairColor: BRO  EyeColor: BLU
1042 ERIN ST 1  MADISON WI  H: 651-269-8063  C: 715-699-2373

**NARRATIVE:**

On 07-24-10 at approximately 11:03 P.M. I was dispatched to 1042 Erin St. reference a female who stated that a male had a gun to her head. I arrived at 1042 Erin St. along with P.O. J. Dexter and had my handgun out of its holster at my side, due to the fact that the call stated that a male had a gun. I observed that the front door to 1042 Erin St. was wide open. At this time I set up on the northeast side of the building.

A male, who was later identified as Jason Amundson then came out of the side door to 1042 Erin St. I observed as P.O. J. Dexter gave verbal commands ordering Amundson to his location. I then went to P.O. Dexter's position as Amundson was ordered back. I holstered my weapon and performed a frisk of Amundson to make sure he did not have a gun on his person, based on the fact that the caller stated it was a male with a gun. A frisk of Amundson did not show anything of evidentiary value. Amundson later provided a statement to officers. See P.O. J. Dexter's and P.O. D Mertz's reports reference Amundson's statements.

I then assisted Sgt. Wiering and P.O. Dexter in a protective sweep of the open residence. A protective sweep showed a safe laying in the common entrance in front of apartment 1 of 1042 Erin St. The side door to apartment 1 was also smashed in. I then maintained standing of the residence due to the fact that it could not be secured and a resident was not on scene.

During this time I made sure no one entered or exited the residence. At one time, an unidentified male came in the back side door. The male stated that he was a friend of the resident. I ordered the male out of the building until P.O. J. Dexter could arrive back and talk with him. I observed that the male did not disturb the scene and did not take anything or add anything to the residence. No other people, other than law enforcement personal came into the apartment during this time.

See P.O. Dexter's original report reference the disposition of the call.

NFA
PO John Boespflug 3996

Slh2

Exhibit 2            U.S. v. Jeremy Visocky            14