## MADISON POLICE DEPARTMENT

| | | | |
|---|---|---|---|
| Date of Report: | 7/27/2010 | Case No: | 2010-207736 Field Supplement |
| | | Ref. No: | |
| Occurred Incident: | 7 - Weapons Offense | Sec/Area: | 304 SOUTH |
| Dispatched as: | 7 - Weapons Offense | Grid: | GREENBUSH |
| Case Offense: | ATTEMPTED ARMED ROBBERY | | |
| Addr of Occurrence: | 1042 Erin St | | |
| Call Date/Time: | 07/23/2010 23:04 | From Date/Time: | |
| Dispatch Date/Time: | 07/23/2010 23:05 | Thru Date/Time: | |
| Reporting Officer: | PO ROSEMARIE A DOUGLAS 3786 | | |
| Special Routing: | | | |

### NARRATIVE:

**Training and Experience for Officer Rose Douglas:**
I have been a Police Officer with the City of Madison Police Department since May 2005. Since that time period I have worked in all areas of the city and have been specifically assigned within the Central, South, and West police districts. I am also a member of the Special Event Team and have been a member of Amigos En Azul. My current assignment is Patrol K9 Handler.

I have received drug identification and interdiction training from the Madison Police Pre-service Academy, from a two day course at Waukesha Technical college, the Tarheel Canine Handler School, and from a two day course hosted by the Dane County Narcotics and Gang Task Force. Most recently, my partner and I attended a 40-hour Drug Detection Enhancement course through the Midwest Counter Drug Training Center completed in March 2010.

**Training and Experience for K9 Martie:**
On February 6th, 2009, I successfully completed a 160-hour Handler Course through Tarheel Canine Training School in Sanford, North Carolina under the instruction of Master trainer Jeff Riccio. Upon the start of this school I was partnered with K9 Martie, a male Belgian Malinois. Upon completion of the school, K9 Martie and I were certified through Tarheel Canine School for drug detection, tracking and patrol functions. These functions include building searches, area searches, article/evidence searches, tracking, apprehensions, and handler protection. Martie and I participate in bimonthly trainings with Master Trainer Chris Boyd with the City of Madison Police Department.

My K9 partner Martie and I have been certified nationally since 2009 through the North American Professional Working Dog Association in the areas of tracking, area & building searches, article searches, obedience, apprehension, and narcotic detection. We continue bimonthly trainings of the aforementioned activities under the supervision of K9 trainer Sgt. Chris Boyd. K9 Martie and I are also members of the Wisconsin Law Enforcement Canine Handler Association and participate in their annual training events.

**Details of the Call:**
On 07-23-10 at approximately 23:05PM we responded to 1042 Erin St to assist with a residential burglary that was in progress and interrupted by a victim at that residence. Upon arrival I made contact with PO J Dexter who advised that the residence had not yet been cleared. PO Dexter advised that there were two separate units, one downstairs and one upstairs. It was believed that the residents who lived upstairs were at home. I advised due to the layout and accessibility to the upstairs unit, it would be difficult to successfully clear one apartment and not have K9 Martie alert to the occupants upstairs. Therefore, officer's cleared the residence.

Exhibit 5    U.S. v. Jeremy Visocky    12

Case # 2010-207736, PO ROSEMARIE A DOUGLAS 3786　　　　　　Page 2 of 2

I then began a K9 track from the doorway where the suspects fled from according to the victim. PO Dexter and Sgt Wiering accompanied us and due to the nature of the call, I had my duty weapon out and positioned in the low ready. There was a side door to the residence that emptied out onto a wooden deck which had a stairway leading to the ground. I started K9 Martie at the bottom of the stairs and gave him his tracking command. K9 Martie went up the stairs and was sniffing around that area before coming back down the stairs and tracking on the east side of the house, cutting around the back corner to the north side of the house. We came out of Mills St and tracked northbound on Mills to Emerald St. On Emerald we tracked eastbound to Brooks St. At this intersection, I observed K9 Martie lifting his head, or air scenting, indicating to me that he detected human odor. Simultaneously, I heard a rustling sound behind the house at the SW corner of this intersection.

I gave the commands "Madison Police, anyone behind the house, talk to me now, or I will send the dog and he will bite." I gave this command two times and a woman started to come into view. I gave the command for her to "show me" her hands to which she complied. The resident, who was not identified was a white female and did not match the suspect description of a male black. I asked her if she observed or heard anyone in the area recently and she stated that she had just returned home and just stepped outside to let her dog go to the bathroom. I informed her that she was not the person we were looking for and continued on with the track.

We continued eastbound on Emerald St on the northern side of the sidewalk. Upon approaching Park St, I observed K9 Martie slow down and transition from the sidewalk to the grassy terrace at the corner. K9 Martie sniffed right up to the end of the grassy terrace to the roadway, in a direction similar to a person entering a vehicle from the sidewalk. K9 Martie was unable to pick up another track from this location, leading me to believe that the suspect may have gotten into a vehicle at this intersection.

We then returned to the house where an officer had maintained standing. We were requested to sniff the locker that was removed from the apartment and in the common hallway. K9 Martie was given the command to sniff for illegal narcotics, however, he did not alert to the safe. Once inside the apartment again, I gave K9 Martie his sniff command for narcotics and he alerted to a purse laying on the living room floor. PO Dexter looked through the purse and located a glass pipe, consistent with smoking marijuana. K9 Martie also alerted to a cabinet in a back room, which had several glass pipes; also consistent with smoking marijuana. Finally, K9 Martie alerted to the back closet from which it appeared the safe was removed from. K9 Martie indicated that the odor of illegal narcotics was high. This concluded our investigation.

NFA

PO R. Douglas 3786

bej