AO 93
Rev 6/82

## SEARCH WARRANT ON WRITTEN AFFIDAVIT

| United States District Court | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>A Five Foot Tall Green Metal Stack On Safe, Serial Number Y610DG000586. | DOCKET NO. | MAGISTRATE JUDGE CASE NO.<br>10-MJ-109 |
| | TO: ANY AUTHORIZED LAW ENFORCEMENT OFFICER | |

**SEALED**

Affidavit(s) having been made before me by the below-named affiant that he/she has reason to believe that [ ] on the person of (or) [X] on the premises known as:

A Five Foot Tall Green Metal Stack On Safe, Serial Number Y610DG000586, currently in the possession of the Madison Police Department.

in the Western District of Wisconsin, there is now being concealed certain property, namely:

Firearms, Ammunition, Drug Paraphernalia, Currency, and Narcotics,

and as I am satisfied that there is probable cause to believe that the property so described is being concealed on the person or premises above described and the grounds for application for issuance of the search warrant exist as stated in the supporting affidavit(s).

YOU ARE HEREBY COMMANDED to search on or before __SEPTEMBER 3, 2010__
(not to exceed 14 days) the person or place named above for the property specified, serving this warrant and making the search (in the daytime—6:00 a.m. to 10:00 p.m.) or (at anytime in the day or night)³ and if the property be found there to seize it, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to Magistrate Judge Stephen L. Crocker or Magistrate Judge Peter Oppeneer as required by law.

| NAME OF AFFIANT<br><br>William Baudhuin<br>Special Agent<br>Bureau of Alcohol, Tobacco, Firearms, and Explosives | SIGNATURE OF MAGISTRATE JUDGE | Date/Time Issued<br>8-24-10<br>11:05 AM |
|---|---|---|

³ If a search is to be authorized "at any time in the day or night" pursuant to Federal Rules of Criminal Procedure Rule 41(c), show reasonable cause therefore.

Exhibit 7    U.S. v. Jeremy Visocky    21

| RETURN | | |
|---|---|---|
| Date Warrant Received<br>8/24/2010 | Date and Time Warrant Executed<br>8/27/2010 8:30 AM | Copy of Warrant and Receipt for Items Left with<br>Receipt to be provided to Schmidt michael |
| Inventory Made in the Presence of: Detective Huey Copeland and SA William Fulton ||| 
| Inventory of Property Taken Pursuant to the Warrant:<br>See attached list |||

### CERTIFICATION

I swear that this inventory is a true and detailed account of all the property taken by me on the warrant.

SA _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   8-27-10
Magistrate Judge Stephen L. Crocker    Date

1. Scale – 7000 gram x 1 gram digital scale "My Weigh" with suspected marijuana/THC residue

2. Mezzetta glass jar with suspected marijuana/THC residue

3. Vlassic Kosher dill quart jar with suspected marijuana/THC residue

4. Square shaped jar with metal closure containing suspected marijuana/THC

5. Two hundred eighty-five dollars in US currency

6. Two Ziploc bags with suspected marijuana/THC residue and nine vacuum sealed bags with suspected marijuana/THC residue

7. Norinco, model SKS, 7.62 x 39mm rifle, serial number 12256275 with attached high capacity magazine containing multiple rounds of 7.62 x 39mm cartridges

8. Quart jar containing suspected marijuana/THC

9. Wisconsin vehicle title for 2001 Chevrolet truck in name of Jeremy J Visocky at 1042 Erin Street #1

10. Personal check box containing checks with the name of Jeremy Visocky 1211 South Street, Madison, WI.

11. "My Weigh," Triton II 300 gram x 0.1 grams black digital scale with suspected THC residue and Fuzion Diablo 350 x 0.1 grams black digital scale with suspected THC residue

12. Seven rounds of Winchester 9mm ammunition; Two rounds of Wolf 7.62 x 39mm ammunition

13. Chevrolet vehicle key with FOB, small valet style key, and brass residential key

14. Document containing hand written note "NYC DESIL"