COPY

## MADISON POLICE DEPARTMENT

| | |
|---|---|
| Date of Report: 8/30/2010 | Case No: 2010-207736 Supplement<br>Ref. No: |
| Occurred Incident: 10 - Residential Burglary | Sec/Area: 304 SOUTH |
| Dispatched as: 10 - Residential Burglary | Grid: GREENBUSH |

Case Offense: HOME INVASION / DRUG INVESTIGATION
Addr of Occurrence: 1042 Erin St
Call Date/Time: 07/23/2010 23:04    From Date/Time:
Dispatch Date/Time: 07/23/2010 23:05    Thru Date/Time:
Reporting Officer: DET MARY J COPELAND 0811
Special Routing:

---

**SUSPECT**  **JEREMY J VISOCKY**
M/W  DOB: 03/24/1981 (29 yrs) Height: 5'11" Weight: 300 HairColor: BRO  EyeColor: BLU
1042 ERIN ST  MADISON WI  H: (608) 669-3316
HOW ID    V220-4308-1104-07 WI DRIVER'S LICENSE
STATUS:   Pending Federal drug and weapon charges.

**CONTACT**  **JASON J AMUNDSON**                                         *CONTACTED
M/W  DOB: 07/10/1980 (30 yrs) Height: 6'00" Weight: 180 HairColor: BRO  EyeColor: BLU
1042 ERIN ST 1  MADISON WI  H: (651) 269-8063  C: (715) 699-2373

On 08/27/2010, I was working my current assignment as a detective with the Madison Police Dept., currently assigned to the South Police District station. On this date, ATF Special Agent William Baudhuin and I responded to the Madison Police Dept. evidence facility located at N. First St. and E. Johnson St. in the City of Madison. AFT S/A Baudhuin had obtained a federal search warrant to search a 5' tall green metal stack-on safe bearing serial # 5610DG000586.

Upon arrival at the First St. garage evidence facility, I met with property clerk Mary Jorenby, who had retrieved the stack-on safe property tagged under 0242965 and turned the safe back over into my temporary custody. I did complete a City of Madison Police Dept. Property Room Release Form, a copy of which is attached to this report.

At approximately 8:05 AM, Dan Wehman, who is an employee of Capitol Lock & Security, began working on obtaining entry into the safe.

At approximately 8:30 AM, I observed that Dan Wehman, Capitol Lock & Security employee, was able to open the green Stack-On safe.

At this time S/A Baudhuin and I were assisted by ATF S/A William Fulton. S/A Fulton took overall photographs of the inside of the safe, along with taking photographs throughout the collection process of any items that were seized for potential evidentiary value.

Entry time:  8:05 AM
Exit time:   9:35 AM

**DRUG EVIDENCE:**

| Item # | Tag # | Locker | Description | Located By |
|---|---|---|---|---|
| TOP SHELF | | | | |
| 1 | 244761 | Locker # 28 SPD | My Weigh black digital scale 7000 grams x 1 gram with suspect MJ/THC residue | Det. Copeland |

Exhibit 8          U.S. v. Jeremy Visocky          34

Case # 2010-207736, DET MARY J COPELAND 0811                    Page 2 of 3

| Item # | Tag # | Locker | Description | Located By |
|---|---|---|---|---|
| **SECOND SHELF** | | | | |
| 2 | 244762 | Locker # 28 SPD | Mezzetta Glass Jar with suspect MJ/THC residue | Det. Copeland |
| 3 | 244763 | Locker # 28 SPD | Vlasic Kosher Dill quart size jar containing suspect MJ/THC residue | Det. Copeland |
| 4 | 244764 | Locker # 28 SPD | Glass jar containing suspect MJ/THC with a metal seal type closure on the top. Approximately weight of MJ/THC in the jar = 700 grams | Det. Copeland |
| 5 | 244765 | Locker # 28 SPD | U.S. Currency - $285 | Located by Copeland |
| 6 | 244766 | Locker # 28 SPD | 2 clear plastic Ziploc bags with suspect MJ/THC residue, along with 9 vacuum seal-type bags containing suspect MJ/THC residue | Det. Copeland |
| 7 | 244767 | Locker # 28 SPD | Noreincosks 7.62 times 39 rifle, further described as KSI, Pomona, California, serial # 12256275, containing a Weavey times 4 scope, manufactures in China, Armory 26, the number 56275 is on the bolt of the weapon. The rifle contained a high-capacity magazine and there was a round in the chamber of the gun. | S/A William Baudhuin  Rendered safe |
| **BOTTOM OF SAFE** | | | | |
| 8 | 244768 | Locker # 28 SPD | Quart size glass jar containing suspect MJ/THC, the approximate weight of the MJ/THC in the jar is approximately 124 grams | Det. Copeland |
| 9 | 244769 | Locker # 28 SPD | Wisconsin vehicle title for a 2001 Chevrolet truck with the name JEREMY J. VISOCKY, with an address of 1042 Erin St., # 1 | Det. Copeland |
| 10 | 244770 | Locker # 28 SPD | Box of personal checks from the Guaranty Bank, out of Milwaukee, WI, with the name JEREMY VISOCKY, and an address of 1211 South St., Madison, WI 53715. The checks start with number 1530 and go up to number 1560, with routing number 275071288 and account number 43248942 | Det. Copeland |
| 11 | 244771 | Locker # 28 SPD | Two digital scales described as: Scale # 1: My Weigh Tritan II – 300 gram by 0.1 gram black digital scale with suspect MJ/THC residue. Scale # 2: Smaller black digital scale with the name Fuzion Diablo, 350 gram by 0.1 gram with suspect MJ/THC residue | Det. Copeland |
| 12 | 244772 | Locker # 28 SPD | Seven 9mm luger rounds of ammunition, along with two 7.62 by 39 Wolf ammunition rounds | S/A Fulton |
| 13 | 244773 | Locker # 28 SPD | Keys: Chevrolet vehicle key with a key fob attached, along with a valet-style key. Key for house or residence lock, that has imprinted on it "Do Not Copy", and the numbers BC18, along with the name Badger SCI | Det. Copeland |

U.S. v. Jeremy Visocky                                         35

| Item # | Tag # | Locker # | Description | Located By |
|---|---|---|---|---|
| | | | **DOOR OF SAFE** | |
| 14 | 244774 | Locker # 28 SPD | Small piece of paper containing the letters NYC and also the word DESIL | S/A Fulton |

I maintained custody of the above listed items and conveyed them to the South Police District station. Once at the South District station, I photocopied the U.S. currency and documents, copies of which are attached to this report.

I conducted a field drug test on the suspect MJ/THC, specifically the Duquenois-Levine pouch type field drug test. I performed this test exactly as I have been trained and I received a positive result for the presence of THC. I took a random sample from one of the jars containing the suspect MJ/THC and I noted that the suspect MJ contained within the jar, specifically item # 4, was consistent in odor and appearance to the other jars containing suspect MJ/THC. I have performed the Duquenois-Levine field drug test on numerous occasions in the past. I have been trained in the identification and field testing of controlled substances by a master trainer with the Wisconsin Division of Criminal Investigation, the DEA, and senior Task Force detectives. I have had my field results consistently corroborated by the Wisconsin State Crime Laboratory after further testing and believe this test to be reliable inasmuch as it was approved by the Wisconsin State Crime Laboratory to be used to determine the presence of THC.

S/A Baudhuin completed a inventory list, a copy of which will be attached to the federal warrant and returned.

I made a phone call to Jeremy Visocky's attorney, who had been previously identified to me as Michael Schmidt. I left a voice mail for Attorney Schmidt, advising him of the execution of the search warrant and also that I had a evidence list available to either deliver to him or mail to him. I requested Attorney Schmidt contact me and/or give me a mailing address for the purposes of him and his client obtaining a copy of the evidentiary items seized from the safe pursuant to the warrant.

Investigation continuing.

Supervisory Officer: _____    I.D.: _____

Reporting Officer: *[signed]* Det. Mary J Copeland    I.D.: 0811
DET MARY J COPELAND

bjn/10-207736.mc.Visocky Safe Contents