

**U.S. Department of Justice**

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Main Facsimile 608/264-5172
Criminal Division Facsimile 608/264-5054
Civil Division Facsimile 608/264-5724
Administrative Facsimile 608/264-5183

---

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

December 9, 2010

Sent by e-mail to: michael_lieberman@fd.org
Michael Lieberman
Federal Defender Services
222 W. Washington Avenue, Suite 300
Madison, WI 53703

> Re:   *United States v. Jeremy Visocky*
>         Case No.10-cr-152-wmc

Dear Attorney Lieberman:

Discovery pages 86 - 87 in the above-captioned case are attached.  If any items are missing or if you have any questions, please call me at (608) 264-5158.

Very truly yours,

JOHN W. VAUDREUIL
United States Attorney

By:   _____/s/_____
RITA M. RUMBELOW
Assistant U.S. Attorney

RMR/sam

Attachments

cc:   Magistrate Judge Stephen L. Crocker
        (without attachments)