

**U.S. Department of Justice**

*John W. Vaudreuil*
**United States Attorney**
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

---

<u>Address:</u>
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

<u>Mailing Address:</u>
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

December 10, 2010

<u>Sent by e-mail to:</u> michael_lieberman@fd.org
Michael Lieberman
Federal Defender Services
222 W. Washington Avenue, Suite 300
Madison, WI 53703

    Re:    *United States v. Jeremy Visocky*
            Case No.10-cr-152-wmc

Dear Attorney Lieberman:

    Discovery pages 88 - 92 in the above-captioned case are attached. If any items are missing or if you have any questions, please call me at (608) 264-5158.

    Very truly yours,

    JOHN W. VAUDREUIL
    United States Attorney

    By:    /s/
           RITA M. RUMBELOW
           Assistant U.S. Attorney

RMR/sam

Attachments

cc:    Magistrate Judge Stephen L. Crocker
        (without attachments)