Receipt of Physical Evidence

# WISCONSIN DEPARTMENT OF JUSTICE
## DIVISION OF LAW ENFORCEMENT SERVICES
## STATE CRIME LABORATORY - MADISON

4626 University Avenue
Madison, WI 53705-2174
(608) 266-2031
FAX (608) 267-1303

| | | |
|---|---|---|
| CASE NO: **M10-3165** | DATE: 10/4/2010 | TIME: 3:00PM |
| SUB AGENCY NO: 2010-207736 | REC'D VIA: In Person | |
| SUBMITTED BY: Det. Mary J. Copeland | AGENCY: Madison Police Department | |

| Name Type | Last Name | First Name | Middle Name | Sex | Race | Date Of Birth |
|---|---|---|---|---|---|---|
| Suspect | Visocky | Jeremy | J. | M | W | 3/24/1981 |

Submission Comments

| Item | Description / Source |
|---|---|
| A | One sealed cardboard box containing rifle described as a Noreincosks KSI with ammo (agency inv. # 244767) |
| B | One sealed paper bag containing swab(s) from a safe (agency inv. # 242967) |

All item descriptions are as provided by the submitter and are subject to verification.

| Received By (Signature of Recipient) | Date: | Print Name |
|---|---|---|
| *[signature]* | 10/4/10 | Julia A. Liethen |