IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 10-cr-152-wmc ) |
| JEREMY VISOCKY, | ) ) ) |
| Defendant. | ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2010, I caused the following documents:

GOVERNMENT'S BRIEF IN OPPOSITION TO
DEFENDANT VISOCKY'S MOTION TO DISMISS AND
MOTION TO SUPPRESS and Attachments

to be filed electronically with the Clerk of Court through ECF, and that ECF will send

an e-notice of the electronic filing to the following person:

    Attorney Michael Lieberman
    michael_lieberman@fd.org

                                  /s/
                          _____
                          SHARON MARTIN