**U.S. Department of Justice**

**John W. Vaudreuil**
**United States Attorney**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Main Facsimile 608/264-5172*
*Criminal Division Facsimile 608/264-5054*
*Civil Division Facsimile 608/264-5724*
*Administrative Facsimile 608/264-5183*

---

*Address:*
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

*Mailing Address:*
United States Attorney's Office
P.O. Box 1585
Madison, Wisconsin 53701-1585

December 17, 2010

Michael Lieberman
Federal Defender Services
222 W. Washington Avenue, Suite 300
Madison, WI 53703

    Re:    *United States v. Jeremy Visocky*
           Case No. 10-cr-152-wmc

Dear Mr. Lieberman :

      Pursuant to Rule 16(a)(1)(G), Federal Rules of Criminal Procedure, and *United States v. Jackson*, 51 F.3d 646 (7th Cir. 1995), the government is hereby providing expert witness disclosure in the above-captioned case. William Baudhuin, Bureau of Alcohol, Tobacco, Firearms and Explosives issued a report that has been provided in discovery. His opinion, and the bases and reasons for his opinion are set forth in the report. I am also providing a copy of his qualifications. The same is true for State Crime Laboratory Analyst Robert H. Block.

                      Very truly yours,

                      JOHN W. VAUDREUIL
                      United States Attorney

          By:   /s/
                RITA M. RUMBELOW
                Assistant U.S. Attorney

RMR:sam

cc:    Magistrate Judge Stephen L. Crocker

Enclosures