Court Qualification Statement
William S. Baudhuin
Special Agent

I, William Baudhuin, being duly sworn, depose and state:

1. That I am a Special Agent employed by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that I have been so employed since June of 1990. I am currently assigned as a Special Agent for the St. Paul Division, Madison Field Office.

2. I have a Bachelor of Arts Degree from the University of Wisconsin Madison.

3. I am a graduate of the Federal Law Enforcement Training Center Glynco, GA, Criminal Investigation School (1990) and the Bureau of Alcohol, Tobacco and Firearms New Agent Training (1991). I have also completed courses in basic undercover operations (1992), complex investigations (1995), firearms trafficking (1996), and basic arson investigation (1997).

4. I have completed Firearms Interstate Nexus Training, given by the Firearms Technology Branch, Bureau of Alcohol, Tobacco and Firearms, Washington, D.C. (2001).

5. For over twenty years I have had a personal interest in firearms and ammunition and maintain a library of books, printed material, documents and periodicals that relate to the field of firearms and ammunition.

6. I regularly consult with persons who are experts in the field of identification, origin and history of firearms and ammunition.

7. During my career as an ATF Agent I have conducted hundreds firearm investigations resulting in the seizure of numerous firearms, numerous rounds of ammunition, firearm components and records. I have also examined and traced hundreds of firearms. I have reviewed hundreds of firearm transaction records at Federal Firearm Licensees.

8. As an ATF Agent I have access to a large firearms and ammunition reference library maintained by ATF Firearms Technology Branch in Washington D.C.