# STATEMENT OF QUALIFICATIONS
(Use additional sheets if necessary)

**Name of Lab** Crime Laboratory-Madison  **Date** August 10, 2006

**Name** Robert Block  **Job Title** Controlled Substance Analyst, Advanced

**Discipline(s):** Indicate all areas in which you do casework.

- [x] controlled substances
- [ ] toxicology
- [ ] trace evidence
- [ ] serology
- [ ] DNA
- [ ] firearms/toolmarks
- [ ] questioned documents
- [ ] latent prints

**Education:** List all higher academic institutions attended.

| Institution | Dates attended | Major | Degree completed |
|---|---|---|---|
| UW-Oshkosh | 1968- 1973 | Chemistry | Aug, 1973 B.S. |
| UW-Madison | 1973-1974 | Chemistry | 2nd Educ. N/A Certification, Dec. 1974 |

**Other Training:** List continuing education, workshops, in-service and other formal training received.

| | |
|---|---|
| DEA Drug School, Washington DC | Sept. 1978 |
| HP Mass Spec Maintenance and Operation | Oct., 1986 |
| In-service, Mass Spec and IR Interpretation | July, 1986 |
| HP-GC Trouble Shooting | April, 2005 |

**Courtroom experience:** List the discipline(s) in which you have qualified to testify as an expert witness and indicate over what period of time and approximately how many times you have testified in each.

| | |
|---|---|
| Drug Identification 1977 - present, 456 | |
| Field Response Photography 1986 - present, 3 times | |

**Professional Affiliations:** List any professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

Wisconsin Narcotic Officers' Association (W.N.O.A.) 1991-present
California Narcotic Officers' Association (CNOA) 1990(?)-present
Clandestine Laboratory Investigative Chemist (CLIC) 1990-present

**Employment History**: List all scientific or technical positions held, particularly those related to forensic science. List current position first. Give a brief summary of principal duties and tenure in each position.

(1) Job Title <u>Technical Unit Leader</u>   Employer <u>Crime Lab-Madison</u>

Principle Duties: <u>Oversee the daily operation of the Drug Section. Supervise the work of four other drug analysts. Receive and identify evidence for the presence of controlled substances. Testify in court as a drug identification expert.</u>

<u>                                        Tenure:   June 1977 - Present</u>

(2) Job Title <u>Teacher</u>     Employer <u>Mondovi Public Schools</u>

Principle Duties: <u>Instructor of high school chemistry, physical science and math.</u>

<u>                                Tenure: August 1975 - June 1977</u>

(3) Job Title <u>  N/A  </u>      Employer _____

Principle Duties: _____

_____Tenure: _____

(4) Job Title <u>  N/A  </u>      Employer _____

Principle Duties: _____

_____Tenure: _____

**Other Qualifications**: List below any scientific publication and/or presentation you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualification as a forensic scientist. (Use additional sheets if necessary.)

<u>Taught high school chemistry and advanced chemistry at Mondovi High School.</u>

<u>Taught drug field testing to law enforcement on average of four times a year. This was a six-hour class on drug field testing, evidence packaging, drug laws and courtroom testifying.</u>
<u>I have written article for the Wisconsin Narcotic Officers' Association (WNOA), and for the Clandestine Laboratory Investigative Chemist (CLIC) journal, Wisconsin Law Enforcement Bulletin and Microgram Journal.</u>

I wrote the revision of the constitution and bylaws for the CLIC organization.

Helped organize, arrange and train law enforcement statewide in the use of NarcoPouch kit for drug field testing. 1999-2000

Organized and taught law enforcement statewide in the use of the new Nark II drug field testing master training course. This course was taught in five different locations in the state during a one-week period with one hundred forty-four new master trainers certified. November, 2004.

I wrote an article for the *Clandestine Laboratory Investigating Chemists Journal*, Volume 15, Number 3, July 2005, "Wisconsin Pseudoephedrine Law"

I wrote an article for the *Journal of the Clandestine Laboratory Investigating Chemist Association*, Volume 15, Number 3, July, 2006 "Cocaine Base To Soup"

Robert H. Block

| Date | Location | Course |
|---|---|---|
| Oct 20-24, 1986 | Naperville, IL | Fundamentals of Gas Chromatography & Logical Troubleshooting |
| Sep 86 – May 1987 | | Introduction to Organic Chemistry |
| Jul 15-17, 1986 | Madison, WI | FT-IR Training Course |
| 4/21-23, 1987 | Green Bay, WI | Basic Drug School |
| Apr 10, 1987 | Naperville, IL | Hewlett Packard Mass Spectrometer Users Group |
| Oct 18-19, 1987 | Minneapolis, MN | INCOS 50 Mass Spectrometer Seminar |
| Feb 24-26, 1988 | Madison, WI | Governor's Conference on Alcohol/Drug Abuse |
| 3/27-4/1/1988 | Quantico, VA | FBI Academy, An International Symposium Forensic Aspect of Controlled Substance |
| May 3-6, 1988 | Madison, WI | MAFS Burial Site Workshop |
| 7/21/1988 | Madison, WI | Hyphenated Techniques for Chromatography |
| Aug 15-18, 1989 | Kansas City, MO | Clandestine Drug Laboratories |
| Sep 4-5, 1990 | Stevens Point, WI | Law Enforcement Cooperation and Coordination in the 90's |
| Sep 3-8, 1991 | San Diego, CA | CLIC, Clandestine Lab Investigation |
| Jun 9-14, 1991 | Indianapolis, IN | Clandestine Lab Investigation Safety Cert., DEA and U.S. DOJ |
| 11/13/1991 | Madison, WI | Microsoft Windows |
| Nov 5-7, 1991 | Brookfield, WI | WI Narcotics Officers Association 1991 Training Conference |
| Sep 8-13, 1992 | Ft. Worth, TX | CLIC 2nd Annual Technical Seminar |
| Jul 6-8, 1993 | Cleveland, WI | WI Emerg. Govt. First Responders to HAZMAT |

| Date | Location | Description |
|---|---|---|
| Aug 31 – Sep 2, 1993 | Stevens Point, WI | Wisc. Narc. Off. Assoc., W.N.O.A. Conference |
| Sep 7-10, 1993 | Memphis, TN | CLIC 3rd Annual Technical Seminar Clandestine Lab Invest. Chemists |
| Aug 30 – Sep 1/1994 | Green, Bay, WI | 1994 W.N.O.A. Training Conference WI Narcotics Officers |
| Jan 26, 1995 | Brookfield, WI | 1995 W.N.O.A. Training Conference WI Narcotics Officers Assoc. |
| Aug 28 – 30, 1996 | Oshkosh, WI | 1995 W.N.O.A. Training Conference |
| Aug 26 – 28, 1997 | | W.N.O.A. Training Conference |
| Jan 21 1998 | Brookfield, WI | WI Narcotics Officers Assoc., Inc. |
| Aug 26 – 27, 1998 | Brookfield, WI | W.N.O.A. 8th Annual Training Conference, WI Narcotics Off. Assoc. |
| Sep 7-11, 1999 | Toronto, Canada | 9th Annual Technical Training Seminar |
| Jan 19 - 20, 2000 | Appleton, WI | 2000 WDAA/SPET Winter Conference Wisconsin District Attorneys Association & Statewide Prosecutor Education & Training |
| Aug 23 - 25, 2000 | Wausau, WI | 2000 WI Narcotics Officers Association 10th Annual Training Conference |
| Jan 25, 2001 | Oconomowoc, WI | Ecstasy & Raves, Criminal Interdiction, Wisconsin Narcotics Officers Association (WNOA) |
| Aug 22 - 23, 2001 | Green Bay, WI | 2001 WI Narcotics Officers Association 11th Annual Training Conference |
| Aug 27, 2001 | Madison, WI | An Introduction of Auditing, Wisconsin Dept. of Justice, Crime Laboratory, Lucy A. Mormann, August 27, 2001 |
| Oct 29, 2001 | Madison, WI | American Red Cross Badger Chapter, Adult, Infant, Child CPR Review |

| Date | Location | Event |
|---|---|---|
| August 26 - 29, 2002 | Oconomowoc, WI | Wisconsin Narcotic Officers Association 2002 Training Conference |
| September 18, 2002 | Milwaukee, WI | Midwestern Association of Forensic Scientists 2002 Annual Training Conference, Daubert Issues Workshop |
| October 1, 2002 | Pewaukee, WI | Waukesha County Technical College Methamphetamine & Club Drug Summit |
| October 16, 2002 | Madison, WI | American Red Cross, Re-certification of Adult, Infant, Child CPR |
| June 9, 2003 | Wisconsin Dells, WI | Wisconsin Districts' Attorney Association and SPET, Prosecuting Drug Cases |
| August 19 - 21, 2003 | Green Bay, WI | 2003 Wisconsin Narcotics Officers Association Conference |
| October 14, 2003 | Madison, WI | Wisconsin Department of Regulations and Licensing 2003 Board Member Workshop |
| September 30, 2003 | Madison, WI | Agilent Technologies, Inert GC/MS - Features and Benefits, internet, in-house one hour. |
| August 25-27, 2004 | Oconomowoc, WI | Wisconsin Narcotics Officers Association 2004 Training Conference |
| Nov 29 – Dec. 3, 2004 | De Forest, Pewaukee Appleton, Tomah Eau Claire | Nark II Master Trainer Classes |
| March 21-23, 2005 | Appleton, WI | Fox Valley Technical College, DOJ, Methamphetamine Summit |
| April 28, 2005 | Madison, WI | Agilent Technologies, Chromatography LC/GC Speed School |
| August 24-26, 2005 | Wausau, WI | Wisconsin Narcotics Officers Association 2005 Training Conference |
| Sept. 7-10, 2005 | St. Louis | Clandestine Laboratory Investigative Chemist (CLIC) 15th Annual Technical Training Seminar |