IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 10-cr-152-wmc ) |
| JEREMY VISOCKY, | ) ) ) |
| Defendant. | ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2011, I caused the following documents:

GOVERNMENT'S OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

to be filed electronically with the Clerk of Court through ECF, and that ECF will send

an e-notice of the electronic filing to the following person:

    Attorney Michael Lieberman
    michael_lieberman@fd.org

    /s/
    _____
    LONI BROESCH