# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender
Michael W. Lieberman, Supervising Attorney
Erika L. Bierma
Kelly A. Welsh

222 West Washington Avenue
Suite 680
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

January 21, 2011                                                ELECTRONICALLY FILED

Honorable William M. Conley
United States District Judge
120 North Henry Street
Madison, Wisconsin   53703

   Re:   *United States v. Jeremy Visocky*
         Case No. 10-cr-152-wmc

Dear Judge Conley:

   I am writing to notify the Court that I intend to file a response to the government's Objection to Report and Recommendations (Dkt. No. 25), which was filed today. I request that the Court allow me one week, until January 28, to file my response.

   Thank you for your time in considering this request.

                                          Sincerely,

                                          */s/ Michael W. Lieberman*

                                          Michael W. Lieberman
                                          Supervisory Associate Federal Defender

cc:   AUSA Rita Rumbelow