IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

No.
_____

| | | |
|---|---|---|
| JEREMY VISOCKY, | ) | Appeal from the United States |
| | ) | District Court for the Western |
| Defendant-Appellee, | ) | District of Wisconsin |
| | ) | |
| v. | ) | Case No. 10-cr-152-wmc |
| | ) | |
| UNTIED STATES OF AMERICA, | ) | |
| | ) | Honorable William M. Conley, |
| Defendant-Appellant. | ) |    Presiding |

NOTICE OF APPEAL

Notice is hereby given that the United States, by United States Attorney John W. Vaudreuil, hereby appeals to the United States Court of Appeals for the Seven Circuit from the order entered in this case on May 9, 2011, granting Visocky's motion to suppress evidence, as well as the order entered on August 24, 2011, denying the United States' motion for reconsideration.  I certify to the district court that this appeal is not taken for purpose of delay and that the evidence is substantial proof of a fact material to the proceeding.

Dated this 23rd day of September 2011.

Respectfully submitted,

_____/s/_____
JOHN W. VAUDREUIL
United States Attorney

CERTIFICATE OF SERVICE

    I hereby certify that I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to:

    Attorney Michael Lieberman

/s/
SHARON MARTIN