IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                      RELEASE ORDER

   v.

                                                      10-cr-152-wmc

JEREMY VISOCKY,

                Defendant.
_____

      It is ORDERED that:

      (1) The court's October 20, 2010 pretrial release order for defendant Jeremy Visocky (dkt. 7)is STAYED pending resolution of the government's appeal of this court's order granting Visocky's motion to suppress evidence. During this stay, the conditions set in that order do not apply to Visocky, and the Pretrial Service Office shall not supervise Visocky.

      (2) The Clerk of Court is directed to return Visocky's passport; and,

      (3)  While the government's appeal is pending:

            (a) Visocky must not commit any crime, on a local, state or federal level; and

            (2) Visocky must keep his attorney in this case and the United States Probation Office apprised of his physical address, mailing address and daytime telephone number, promptly reporting any changes.

      Entered this 29th day of September, 2011.

                                            BY THE COURT:

                                            /s/

                                            STEPHEN L. CROCKER
                                            Magistrate Judge