# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 11, 2011

*By the Court:*

| No.: 11-3167 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>JEREMY VISOCKY,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:10-cr-00152-wmc-1<br>Western District of Wisconsin<br>District Judge William M. Conley | |

Upon consideration of the **MOTION OF UNITED STATES TO DISMISS APPEAL**, filed on October 7, 2011, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Christina D[...]Hopkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalOrderWMandate(form ID: 137)