IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 10-cr-152-wmc |
| JEREMY VISOCKY, | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the charge against defendant Jeremy Visocky.

Dated this 14th day of October 2011.

Respectfully submitted,

JOHN W. VAUDREUIL
United States Attorney

By:     /s/
_____
LAURA A. PRZYBYLINSKI FINN
Assistant U. S. Attorney
Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

_____
WILLIAM M. CONLEY
Chief United States District Judge

Dated: October 18, 2011